UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:18-CR-140 |
| vs. | ) |
| LARRY EVERETT SMITH, TANITH ENTERPRISES, LLC dba MEDVEST MANAGEMENT SERVICES, and ULD WHOLESALE GROUP, LLC, | ) |
| Defendants. | |

**ORDER**

This matter is before the Court on the Motion to Withdraw as Counsel of Record [Doc. 302] filed by Defendants' counsel, Gary K. Springstead. A Consent to Withdrawal of Counsel signed by Defendant Smith on behalf of himself, Tanith Enterprises and ULD Wholesale Group is attached to the Motion. The Motion to Withdraw [Doc. 302] is **GRANTED**. The Clerk of Court is directed to remove Mr. Springstead as counsel of record in this cause. Stephen Ross Johnson will remain as counsel of record in this cause.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge